**Order filed June 2, 2015**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-15-00409-CV

—————————

### EUGENE JENKINS, Appellant

### V.

### FORT BEND COUNTY DISTRICT ATTORNEY, Appellee

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-197872**

---

## ORDER

According to information provided to this court, appellant's notice of appeal appears to be untimely. Our records reflect that the trial court's judgment was signed November 19, 2014. Appellant claims he did not receive notice of the judgment until April 20, 2015. Our information does not reflect whether appellant filed an appropriate motion in the trial court to determine when he received notice of the trial court's judgment. Therefore, his notice of appeal was due December 19, 2014, but it was not filed until May 4, 2015.

The clerk's record has not been filed in this appeal. The District Clerk has informed this court that appellant did not pay for preparation of the clerk's record. In response to notices from this court, appellant informed this court that he filed an affidavit of indigence. We have not been advised whether a contest to the affidavit was filed, and if so, the ruling on the contest.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Fort Bend County District Clerk to file a partial clerk's record with the clerk of this court on or before **July 2, 2015.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.


PER CURIAM